UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| IN RE HARLEY-DAVIDSON AFTERMARKETPARTSMARKETING, SALES PRACTICES AND ANTITRUST LITIGATION | Case No.: 2:23-md-03064-WCG<br><br>This document relates to Koller v. Harley-Davidson Motor Company Group, LLC, et al., Case No.: 4:2022-cv-04534 |
|---|---|

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Anthony Patek of Gutride Safier LLP hereby enters an appearance as counsel for Plaintiff Scott Koller in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with the action be served upon the undersigned.

DATED: February 22, 2023

GUTRIDE SAFIER LLP

/s/Anthony J. Patek
Antony J. Patek, Esq.
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469
anthony@gutridesafier.com

*Attorneys for* Plaintiff