UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE: HARLEY-DAVIDSON AFTERMARKET PARTS MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION | Case No.: 2:23-md-3064-WCG<br><br>This document relates to *Assise et al v. Harley-Davidson Inc.*, 1:23-cv-177-WCG |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Attorney John D. Blythin of Ademi LLP appears on behalf of plaintiffs Robert Assise and Jacqueline Assise, and hereby demands that copies of all pleadings and other documents to be filed with the court be served on counsel at the address below.

Dated:  March 1, 2023

**ADEMI LLP**

/s/ John D. Blythin
John D. Blythin (SBN 1046105)
3620 E. Layton Avenue
Cudahy, WI  53110
Telephone: (414) 482-8000
Facsimile: (414) 482-8001
jblythin@ademilaw.com

1