UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE: HARLEY-DAVIDSON AFTERMARKET ) Case No.: 2:23-md-3064-WCG
PARTS MARKETING, SALES PRACTICES )
AND ANTITRUST LITIGATION )
) This document relates to *Assise et al v.*
) *Harley-Davidson Inc.*, 1:23-cv-177-WCG
)

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Attorney Jesse Fruchter of Ademi LLP appears on behalf of plaintiffs Robert Assise and Jacqueline Assise and hereby demands that copies of all pleadings and other documents to be filed with the court be served on counsel at the address below.

Dated: March 1, 2023

**ADEMI LLP**

/s/ Jesse Fruchter
Jesse Fruchter (SBN 1097673)
3620 E. Layton Avenue
Cudahy, WI 53110
Telephone: (414) 482-8000
Facsimile: (414) 482-8001
jblythin@ademilaw.com

1