# United States District Court
EASTERN DISTRICT OF WISCONSIN

IN RE: HARLEY-DAVIDSON AFTERMARKET
PARTS MARKETING, SALES PRACTICES,
AND ANTITRUST LITIGATION

This document relates to:
All Cases

**JUDGMENT IN A CIVIL CASE**

Case No. 23-MD-3064
Honorable William C. Griesbach

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒ **Decision by Court.** This action came before the Court for consideration.

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is DISMISSED in its entirety with statutory costs awarded to the defendant.

Approved: s/ William C. Griesbach
WILLIAM C. GRIESBACH
United States District Judge

Dated: June 27, 2024

GINA M. COLLETTI
Clerk of Court

s/ Mara A. VandenHeuvel
(By) Deputy Clerk