UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

IN RE: HARLEY-DAVIDSON AFTERMARKET
PARTS MARKETING, SALES PRACTICES,   Case No. 23-MD-3064
AND ANTITRUST LITIGATION            Honorable William C. Griesbach

This document relates to:
All Cases

---

### ORDER EXTENDING DEADLINE TO SEEK COSTS AND ATTORNEYS' FEES

The Court, having duly considered the Stipulation Extending Deadline to Seek Costs and Attorneys' Fees, and for good cause shown, hereby orders the following:

The deadline for Defendants to seek attorneys' fees and costs under any applicable federal or state rule or statute (including filing one or more motion(s) and a bill of costs) shall be extended until 60 days after all appellate rights with respect to the Court's Decision and Order granting Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint (Dkt. No. 55) and the resulting Judgment (Dkt. No. 58) have expired or have been exhausted, whichever is later. Plaintiffs shall have 60 days to respond and Defendants shall have 30 days to reply.

**SO ORDERED** at Green Bay, Wisconsin this 11th day of July, 2024.

s/ William C. Griesbach
William C. Griesbach
United States District Judge